**Order entered August 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00037-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

Before the Court is appellant's August 1, 2018 unopposed motion for extension of time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 18, 2018.

/s/      DAVID EVANS
         JUSTICE